## STATE OF INDIANA *v.* WHITTINGTON.

[No. 23,050.   Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Ben F. Whittington.   From a judgment quashing the indictment, the State appeals.   *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, *Wilbur T. Gruber* and *M. L. Pigg*, for the State.
*John W. Lindley* and *Walter F. Wood*, for appellee.

SPENCER, J.—The issues of law presented by this appeal are, in their substance, the same as those which were considered by this court in *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929. On the authority of that decision, the judgment of the trial court herein is affirmed.

## STATE OF INDIANA *v.* WHITTINGTON.

[No. 23,055.   Filed May 31, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Ben F. Whittington.   From a judgment quashing the indictment, the State appeals.   *Affirmed.*

*Evan B. Stotsenburg*, Attorney-General, *Wilbur T. Gruber* and *M. L. Pigg*, for the State.
*John W. Lindley* and *Walter F. Wood*, for appellee.

SPENCER, J.—The issues of law presented by this appeal are, in their substance, the same as those which were considered by this court in *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929. On the authority of that decision, the judgment of the trial court herein is affirmed.

## STATE OF INDIANA *v.* ATKIELSKI.

[No. 23,033.   Filed June 1, 1917.]

From Sullivan Circuit Court; *William H. Bridwell*, Judge.

Prosecution by the State of Indiana against Louis Atkielski. From a judgment quashing the indictment, the State appeals. *Affirmed.*